PD-1484-15

PD-1484-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/18/2015 11:06:21 AM
Accepted 11/19/2015 4:37:00 PM
ABEL ACOSTA
CLERK

# RICHARD E. WETZEL
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law @1411west.com
www.TexasCriminalAppealsLawyer.com

November 18, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX
78711

    Re: Deen v. State, No. PD-1484-15

Dear Mr. Acosta:

Thank you for notice of November 17, 2015, concerning the State's petition for discretionary review in the above. I was hired to represent Mr. Deen in the Court of Appeals. This letter is to inform you that I have not been retained to represent Mr. Deen in the Court of Criminal Appeals in relation to the State's effort to secure discretionary review.

You can remove my name as counsel for Mr. Deen and need not send me any further notices. Thank you for your attention to this matter.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

cc: ADA Lindsey
    SPA McMinn

FILED IN
COURT OF CRIMINAL APPEALS

November 19, 2015

ABEL ACOSTA, CLERK